IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH HUDLER JOSEPH,**

   *Petitioner*,

v.                                          Case No.: 3:24cv544-MW/MAL

**SHERRY SAULSBERRY,**
**WARDEN FPC PENSACOLA,**

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED** as moot and for failure to exhaust administrative remedies, and alternatively, **DENIED** because Petitioner has not shown he would have been entitled to relief on the merits." The Clerk shall

close the file.

**SO ORDERED on May 19, 2025.**

                                                **s/Mark E. Walker                      **
                                                **Chief United States District Judge**